UNITED HOISTING Co., INC., Respondent, v. GEORGE S. DASO, Appellant, Impleaded with ROBERT D. LOWE and Another, Defendants, and EDWARD A. WHITE and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

BEAVER ENGINEERING AND CONTRACTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

MARY HAYES, Respondent, v. FRANK POVEROMO and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ.

In the Matter of the Application of LAWYERS COUNTY TRUST COMPANY, as Trustee under the Last Will and Testament of WALTER J. M. DONOVAN, Deceased. FRANK J. MORRIS, Appellant; LAWYERS COUNTY TRUST COMPANY, as Trustee, and Another, Respondents.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Townley and Untermyer, JJ. [153 Misc. 593.]

GEORGE ROBERTSON, Respondent, v. JOHN RINGLING and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

GEORGE MCKEE, Appellant, v. KINGS COUNTY DELIVERY COMPANY and Another, Respondents.— Order affirmed, with costs and disbursements to the respondent Kings County Delivery Company. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

ALLIED CARBON AND RIBBON MANUFACTURING CORPORATION, Respondent, v. THE LEOPOLD SCHEPP FOUNDATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE MAIDA, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

FRANCES C. EPHRAIM, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

In the Matter of the Application of UNITED STATES TRUST COMPANY OF NEW YORK, as Administrator, etc., of MERRITT E. HAVILAND, Deceased, Respondent, for and to Fix and Determine the Compensation of Said MERRITT E. HAVILAND, Deceased, for Services as Attorney Rendered to HENRY G. LAPHAM, as Executor, etc., of MARY E. LAPHAM, Deceased, and to Said Estate, Appellant.— Decree and order affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

STANLEY KORZENSKI, Respondent, v. KNOTT HOTELS CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.